IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR AKINS, | ) | 4:14CV3092 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JON BRUNING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before the court on its own motion. On July 29, 2014, the court conducted an initial review of Plaintiff's Complaint and found that it failed to state a claim upon which relief may be granted. (Filing No. 6.) The court gave Plaintiff the opportunity to file an amended complaint. The court warned Plaintiff that failure to file an amended complaint by a specified date would result in dismissal of this matter without further notice. The deadline for filing an amended complaint has passed, and Plaintiff has not filed an amended complaint or asked for an extension of time in which to do so.

  IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice. A separate Judgment will be entered in accordance with this Memorandum and Order.

  DATED this 7th day of October, 2014.

            BY THE COURT:

            s/ Joseph F. Bataillon
            Senior United States District Judge

---

  *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.